No. 11-5425. Cesar Duran-Montes, Petitioner v. United States.

565 U.S. 906, 132 S. Ct. 309, 181 L. Ed. 2d 190, 2011 U.S. LEXIS 6182.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 423 Fed. Appx. 412.

No. 11-5427. Jeffrey Mathew Jeanetta, Petitioner v. United States.

565 U.S. 906, 132 S. Ct. 310, 181 L. Ed. 2d 190, 2011 U.S. LEXIS 6169, 

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 11-5428. John Ryan, Petitioner v. E. K. McDaniel, Warden, et al.

565 U.S. 906, 132 S. Ct. 310, 181 L. Ed. 2d 190, 2011 U.S. LEXIS 6100.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 11-5429. Richard Seaver, aka Bodhisattva Skandha, Petitioner v. Mark Conrad, et al.

565 U.S. 907, 132 S. Ct. 310, 181 L. Ed. 2d 190, 2011 U.S. LEXIS 5748.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

No. 11-5430. Ronald David Sutherland, Petitioner v. Texas.

565 U.S. 907, 132 S. Ct. 310, 181 L. Ed. 2d 190, 2011 U.S. LEXIS 6115.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Texas, Second District, denied.

No. 11-5431. Michael T. Green, Petitioner v. Michelle Rhee, et al.

565 U.S. 907, 132 S. Ct. 310, 181 L. Ed. 2d 190, 2011 U.S. LEXIS 6161.

October 3, 2011. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

No. 11-5432. Korey Hollinquest, Petitioner v. California.

565 U.S. 907, 132 S. Ct. 310, 181 L. Ed. 2d 190, 2011 U.S. LEXIS 5838.

October 3, 2011. Petition for writ of certiorari to the Court of Appeal of California, First Appellate District, denied.

Same case below, 190 Cal. App. 4th 1534, 119 Cal. Rptr. 3d 551.

No. 11-5434. Eric Watkins, Petitioner v. Anthony Haynes, Warden.

565 U.S. 907, 132 S. Ct. 311, 181 L. Ed. 2d 190, 2011 U.S. LEXIS 6187.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.